

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-21-00324-CV

Jose **CORONA,** as Personal Representative of the Estate of Olivia Corona,
Appellant

v.

**ANDY'S CAR WASH, INC.,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 20-05-38860-MCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

On January 13, 2022, appellee filed a sur-reply brief in this appeal. On January 14, 2022, appellant filed an objection asserting the Texas Rules of Appellate Procedure do not allow sur-replies to be filed and asking this court to strike the sur-reply. Appellee filed a response.

Appellant's objection is OVERRULED and his request to strike the sur-reply is DENIED.

It is so ORDERED on this 19th day of January, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court